**UNITED STATES, Libelant, v. 4 BARRELS, More or Less, EACH BARREL CONTAINING 175 POUNDS OF AN ARTICLE LABELED IN PART DRIED WHOLE EGGS.**

**UNITED STATES, Libelant-Appellant, v. MID–STATE FROZEN EGG CORPORATION, Claimant-Appellee (two cases).**

**UNITED STATES, Libelant, v. 103 BARRELS, More or Less, OF AN ARTICLE LABELED IN PART SPRAY DRIED WHOLE EGG, 175 POUNDS, NET.**

Nos. 8383, 8384.

Circuit Court of Appeals, Seventh Circuit.

March 15, 1944.

Tom C. Clark, Asst. Atty. Gen., and B. Howard Caughran, U. S. Atty., Paul A. Pfister, Asst. U. S. Atty., both of Indianapolis, Ind., and Golden N. Dagger, Sp. Asst. to Atty. Gen., for appellant.

Curtis W. Roll, John A. Alexander, and Hammond, Buschmann, Roll & Alexander, all of Indianapolis, Ind., for claimant-appellee.

Before SPARKS, MAJOR, and KERNER, Circuit Judges.

SPARKS, Circuit Judge.

These are companion cases to United States of America v. 7 Barrels, 141 F.2d 767. While they were briefed and argued separately from that case, no substantial differences of fact appear in the records, and the decision of No. 8381 must control those of Nos. 8383 and 8384.

Judgments affirmed on the authority of United States v. 7 Barrels.